IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN OLIVER,

    Plaintiff,

v.            CASE NO. 5:15-cv-00153-MP-GRJ

SGT. GAFFORD, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 9, 2016. (Doc. 51). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 51, is adopted and incorporated by reference in this order.

2. Defendants' Motion to Dismiss, Doc. 31, is GRANTED with respect to Plaintiff's request for injunctive and declaratory relief and DENIED in all other respects.

3. This matter is referred to Magistrate Judge Jones for further proceedings on the remaining claims.

**DONE AND ORDERED** this *13th* day of June, 2016

                                    *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge