UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WARREN OLIVER,

    PLAINTIFF,

-vs-                                        Case No. 5:15-cv-00153-WTH-GRJ

SGT. GAFFORD, et al.,

    DEFENDANTS.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 16, 2017. (Doc. 149). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 149, is adopted and incorporated by reference in this order.

2. Defendant Christy Davis' Motion to Dismiss Plaintiff's Second Amended Complaint, Doc. 102, is **DENIED.**

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 1st day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE